**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-95-167-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Gina Zelmer, also known as Gina Fierros (3), | ) | |
| Defendant. | ) | |

Defendant Gina Zelmer pled guilty to a felony charge of conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846. *See* Doc. 12. On November 20, 1995, Defendant was sentenced to 18 months' imprisonment followed by 60 months' supervised release. Doc. 89. Defendant has filed a motion to set aside judgment of guilt and restore civil rights. Doc. 121. The government opposes the motion. Doc. 123. For reasons stated below, the motion will be denied.

Defendant states that she has fulfilled all conditions of probation and sentence and has been discharged of all responsibilities in that regard. Doc. 121 at 1. She requests that her judgment of guilt be set aside pursuant to A.R.S. § 13-907. *Id.* Section 13-907 is a *state* rehabilitative statute under which a convicted person may have certain criminal judgments set aside. A.R.S. § 13-907(A). Defendant has cited, and the Court has found, no legal authority allowing this *federal* Court to set aside Defendant's judgment of guilt pursuant to A.R.S. § 13-907. Defendant has presented no argument or legal authority in support of her request to have her civil rights restored. *See* Doc. 121.

**IT IS THEREFORE ORDERED** that Defendant Gina Zelmer's motion to set aside judgment of guilt and restore civil rights (Doc. 121) is **denied**.

DATED this 21st day of July, 2010.

_____
David G. Campbell
United States District Judge